213

**FELTMAN et al. v. SAMMOND.**

**SAME v. WILDING.**

**Nos. 9491, 9538.**

United States Court of Appeals
District of Columbia.

Argued Oct. 15, 1947.

Decided Oct. 20, 1947.

Mr. Paul J. Sedgwick, of Washington, D. C., for appellants.

Mr. David G. Bress, of Washington, D. C., with whom Mr. Alvin L. Newmyer, of Washington, D. C., was on the brief, for appellee Sammond.

Mr. Joseph D. Bulman, of Washington, D. C., with whom Mr. Sidney M. Goldstein, of Washington, D. C., was on the brief, for appellee Wilding.

Before EDGERTON, Associate Justice, MARIS, Circuit Judge, and PRETTY-MAN, Associate Justice.

PER CURIAM.

Appellants, who were defendants in a personal injury action, contend among other things that the charge to the jury was defective and that the $20,000 verdict was excessive. We find no error either in the charge or elsewhere. It is settled that we cannot review a trial court's decision to grant or deny a new trial on the ground that a verdict was excessive or inadequate. Washington Times Co. v. Bonner, 66 App. D.C. 280, 86 F.2d 836, 110 A.L.R. 393.

Affirmed.